AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TOM RAPER HOMES, INC.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**MOWERY & YOUELL, LTD., et al,**

CASE NO.  C2-07-123
JUDGE EDMUND A. SARGUS,
MAGISTRATE JUDGE MARK R. ABEL

      **Defendants.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 15, 2008, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: September 15, 2008                JAMES BONINI, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk